Connecticut Fire Insurance Company, a Corporation, Niagara Fire Insurance Company, a Corporation, and Patriotic Insurance Company of America, a Corporation, Subrogees of Trinity Evangelical Lutheran Church of Villa Park, Illinois, Appellees, v. North Shore Steel Craft, Inc., a Corporation, Appellant.

Gen. No. 49,135. 

First District, Second Division.

October 29, 1963.

Brody & Gore, and Robert B. Johnstone, of Chicago, for appellant; Clausen, Hirsh, Miller & Gorman, of Chicago, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full.